In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-14-00144-CR
NO.  09-14-00145-CR
NO.  09-14-00146-CR
NO.  09-14-00147-CR

_____

**BLAZE DANIEL HICKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court
Hardin County, Texas
Trial Cause Nos. 64136, 65507, 65508, and 65509**

**MEMORANDUM OPINION**

Blaze Daniel Hicks has filed a motion to dismiss his appeals. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in these appeals. The motion is granted, and the appeals are therefore dismissed.

APPEALS DISMISSED.

1

_____
CHARLES KREGER
Justice

Submitted on November 10, 2014
Opinion Delivered November 12, 2014
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.